## ELECTRONIC RECORD

COA # 02-13-00540-CR        OFFENSE: 19.02

STYLE: Thomas Ramirez, Jr. v. The State of Texas        COUNTY: Tarrant

COA DISPOSITION: MODIFY        TRIAL COURT: 297th District Court

DATE: 08/06/2015        Publish: NO        TC CASE #: 1260933R

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Thomas Ramirez, Jr. v. The State of Texas        CCA #: 1155-15

_____ APPELLANT'S _____ Petition        CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:        DATE: _____

_____ REFUSED _____        JUDGE: _____

DATE: 11/04/2015        SIGNED: _____        PC: _____

JUDGE: Per Curiam        PUBLISH: _____        DNP: _____

---------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**